**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROSALINDA MARTINEZ,

Plaintiff,

v.                                                Case No. 25-cv-13686

                                       HONORABLE: BRANDY MCMILLION

EQUIFAX INFORMATION SOLUTIONS LLC, et **al.,**

Defendants.


**NOTICE TO THE COURT OF SETTLEMENT WITH DEFENDANT EXPERIAN**

Plaintiff Rosalinda Martinez, proceeding pro se, hereby notifies the Court that on June 3, 2026, Plaintiff and Defendant Experian reached a settlement agreement resolving Plaintiff's claims against Experian in this action.

The parties are in the process of finalizing and executing the settlement documents. Upon completion of the settlement process, the parties anticipate filing the appropriate dismissal documents concerning Defendant Experian.

Plaintiff respectfully submits this Notice so that the Court is aware of the settlement and may take it into consideration when addressing any pending motions, deadlines, or other matters involving Defendant Experian.

Plaintiff's claims against the only remaining Defendant, Trans Union LLC, are not affected by this settlement unless otherwise stated in subsequently filed dismissal documents.

Plaintiff further notes that, following the settlement reached with Defendant Experian, Defendant

1

Trans Union LLC is the only remaining defendant in this action. Since the filing of Plaintiff's Complaint, Defendant Trans Union LLC has refused to engage in meaningful settlement discussions, resolution efforts, or agreement negotiations regarding Plaintiff's claims. Accordingly, Plaintiff anticipates that this matter will continue to proceed against Defendant Trans Union LLC absent any change in its position concerning resolution of this case.

WHEREFORE, Plaintiff respectfully requests that the Court take notice of the settlement reached between Plaintiff and Defendant Experian and permit the parties to file the appropriate dismissal documents upon completion of the settlement process.

Respectfully submitted,

Rosalinda Martinez,
 Plaintiff In Pro Se
4109 18th Street, Wyandotte, MI 48192
(313) 701-2194
rmart7394@gmail.com

Date: June 4th, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on ___JUNE 5TH___, 2026, I served a copy of the foregoing Notice to the Court of Settlement with Defendant Experian upon all counsel of record and/or parties entitled to service in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Michigan, including service through the Court's CM/ECF system where applicable.

Rosalinda Martinez, Plaintiff Pro Se

2